UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOILISE CROSSLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00498-JPH-MPB |
| | ) | |
| TURNER Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**Order to Show Cause - Discipline Case**

Joilise Crossley's petition for a writ of habeas corpus challenges her disciplinary conviction in IWP 22-10-0012.

**I.**

The petitioner's custodian is directed to answer the allegations of the petitioner's petition for a writ of habeas corpus and in doing so shall **show cause** why the relief sought by the petitioner should not be granted insofar as the petitioner challenges the deprivation of a recognized liberty interest affecting the fact or the duration of her confinement. This shall be done within **forty-two (42) days** of the date this Entry is issued. The petitioner shall have **twenty-eight (28) days** after service of such answer or return to order to show cause on her in which to reply.

If the petitioner's earliest possible release date (as reflected on the Indiana Department of Correction's website) is more than 1-year after the date the Return to Order to Show Cause is due, the Respondent is permitted to file a "Notice of 42-day Extension by Respondent (Habeas cases only)" which will extend the Respondent's deadline for filing a Return to Order to Show Cause by 42-days from the date the Notice is filed. The Notice must include the petitioner's anticipated release date if the relief sought by the petitioner is granted.

Although additional motions for time are not anticipated, all subsequent motions for time must include the petitioner's anticipated release date if the relief sought by the petitioner is granted.

II.

Any video files submitted in support of or in opposition to the petition for a writ of habeas corpus must be presented in MP4, WMV, MOV, or AVI format.

**SO ORDERED.**

Date:  3/30/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JOILISE CROSSLEY
253228
INDIANA WOMENS PRISON
Inmate Mail/Parcels
2596 N. GIRLS SCHOOL ROAD
INDIANAPOLIS, IN 46168

Electronic Service to:

  Indiana Attorney General
  Indiana Department of Correction